

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

FILED

FEB 12 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Thomas G. Bruton
Clerk

312-435-5670

|  |  |
|---|---|
| Makiko Kimura )<br>)<br>v. )<br>)<br>The Partnerships and Unincorporated )<br>Associations Identified on Schedule A ) | USDC Case Number: 1:25-cv-14057<br><br>Judge: Jeffrey I Cummings |

**Notice of Removal of Material
from the Custody of the Clerk's Office**

The following item(s) are hereby removed from the custody of the Clerk's Office by the undersigned who is representing the Plaintiff, Makiko Kimura

Description:

| 12/03/2025 | view26 | SURETY BOND in the amount of $ 10,000.00 posted by Makiko Kimura (tg, ) (Entered: 12/11/2025) |
|---|---|---|

I, Cameron Mcintyre, am authorized to remove the above described documents from the court.

Signature: _____     Firm: JiangIP, LLC

By: M. Nowak               Date: 2/12/2026
/s/ Deputy Clerk

Rev. 09/23/2016